DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD ALLEN MINGST,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2061

[December 6, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 50-2009-CF-008245-AXXX-MB.

Richard Allen Mingst, Doral, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***